IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:21CR105 |
| vs. | ) | |
| ROBERT OLTMANNS, | ) | ORDER |
| Defendant. | ) | |

This matter is before the court on the government's Motion to Continue Trial [54]. Based on the content of the motion, and the defendant not opposing the motion, the court finds good cause has been shown,

**IT IS ORDERED** that the Motion to Continue Trial [54] is granted, as follows:

1. The jury trial, now set for August 23, 2022, is continued to **August 30, 2022.**

2. **No further continuances will be granted without a hearing before the undersigned magistrate judge.**

DATED: August 15, 2022

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge